■ RALPH PAINE, Appellant, v. GEORGE COMSTOCK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of LOUIS SEELENFREUND, Appellant, against QUILTEX COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ HARRIET M. SPIEGEL et al., Plaintiffs, v. MONTGOMERY WARD & CO., INCORPORATED, et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ LOWELL STEWART, Plaintiff, v. HELEN GARLAND et al., Defendants. AUGUSTA MARVIN et al., Appellants, v. HELEN GARLAND et al., Respondents. JOHN W. ROBERTS, Plaintiff, v. MORRIS MARVIN et al., Defendants. GUY GARLAND, Plaintiff, v. JOHN W. ROBERTS et al., Defendants. AUGUSTA MARVIN et al., Appellants, v. JOHN W. ROBERTS, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file and serve record and brief on or before April 15, 1957, and are ready for argument at the May Term of this court, in which event the motion is denied. Although the trial stenographer died shortly after the conclusion of the trial that does not prevent the appellants from making a record on appeal. (*Kay* v. *Kay,* 277 App. Div. 797.) Motion for an order granting a new trial and for a change of venue to Rockland County denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ HELEN WIELAND, Appellant, v. IDA FIALKOFF et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of WALTER FREDENBURGH, Respondent, against GEORGE BENJAMIN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 912.]

■ In the Matter of the Claim of THOMAS MEIGEL, Respondent, against GENERAL FOODS CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 945.]

■ In the Matter of the Claim of JEANETTE JOHNSTON, on Behalf of Herself and Child; Respondent, against ST. REGIS PAPER COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. While the memorandum decision handed down by this court may have understated the length of time which elapsed between the performance of the work by the decedent and the time when he was found lying on the floor, that was not decisive of the court's determination. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 916.]

■ FLAGLER HOTEL OPERATING CO. INC., Respondent, v. PETER STARR, Individually and as President of Hotel & Restaurant Employees & Bartenders International Union, Local 666, A. F. of L.-C. I. O., et al., Appellants.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 625.]